IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:08cr34DCB-JCS

MARSHALL EZELLE SANDERS

## ORDER

CAME ON TO BE HEARD this day the Motion of the Government Ore Tenus for an order authorizing the Clerk of the United States District Court for the Southern District of Mississippi to change the designation of the charge in the above-captioned case to a misdemeanor as noted in the Information so filed, as the criminal case cover sheet originally filed erroneously listed the charge as a felony, the Court, having been advised in the premises, finds the Government's motion to be meritorious, and that the same should be, and it hereby is, sustained. It is, therefore,

## ORDERED

That the Clerk of the United States District Court for the Southern District of Mississippi change the designation of the charge in the above-captioned case to a misdemeanor because of the error during filing listing the charge as a felony.

This the 21st day of November, 2008.

Linda R. Anderson
United States Magistrate Judge