IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

United States of America     Plaintiff

vs.     Action No. 5:08cr34DCB

Marshall Ezelle Sanders     Defendant

and

Regions Bank     Garnishee

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. (#24) Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer (#30) on February 16, 2010 stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant for the sum of $54.76.

On or about November 10, 2009, the defendant's attorney was notified of his right to a hearing and has not requested a hearing to determine if he has any exempt property.

IT IS, hereby, ORDERED that Garnishee pay the sum of $54.76, which represents all of the funds held by the Garnishee, and forward said payment to Clerk, U. S. District Court, Post Office Box 39225, Jackson, MS 39225-3552.

ORDERED this 16th day of September, 2010.

                         s/David Bramlette
                         HONORABLE DAVID C. BRAMLETTE
                         UNITED STATES DISTRICT JUDGE