IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| United States of America | Plaintiff |
| vs. | Action No. 5:08cr34DCB |
| Marshall Ezelle Sanders | Defendant |
| and | |
| Trustmark National Bank | Garnishee |

**GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee (#28). Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer (#33) on September 15, 2010 stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant for the sum of $23.33.

On or about November 10, 2009, the defendant's attorney was notified of his right to a hearing and has not requested a hearing to determine if he has any exempt property.

IT IS, hereby, ORDERED that Garnishee pay the sum of $23.33 which represents all of the funds held by the Garnishee and forward said payment to Clerk, U. S. District Court, Post Office Box 23552, Jackson, MS 39225-3552.

ORDERED this  8th   day of November    , 2010.

                                                          s/David Bramlette
                                                          HONORABLE DAVID C. BRAMLETTE
                                                          UNITED STATES DISTRICT JUDGE